1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7            EASTERN DISTRICT OF CALIFORNIA

8

9    STARLENA FLEMING,                          1:20-cv-00710-GSA (PC)

10            Plaintiff,

11        v.                                    ORDER TO SUBMIT NEW, COMPLETED
                                                APPLICATION TO PROCEED IN FORMA
12    CDCR-CCWF, et al.,                        PAUPERIS OR PAY FILING FEE WITHIN
                                                THIRTY (30) DAYS
13            Defendant.

14

15        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. '

16    1983.  On May 21, 2020, Plaintiff filed the Complaint commencing this action, together with an

17    application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

18    However, Plaintiff's application to proceed *in forma pauperis* was deficient because Plaintiff

19    failed to complete the application.  On page 2, Plaintiff answered "Yes"  to question 3-e: "Have

20    you received any money from the following sources over the last twelve months?  But Plaintiff

21    did not respond to the second part of the question: "If the answer to any of the above is "yes,"

22    describe by that item each source of money.  Also state the amount received and what you expect

23    you will continue to receive (attach an additional sheet if necessary)."

24        Plaintiff shall be granted another opportunity to file a new, completed application to

25    proceed *in forma pauperis*, within 30 days.

26        Accordingly, IT IS HEREBY ORDERED that:

27        Within thirty (30) days of the date of service of this order, Plaintiff shall submit the

28    attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

1

pay the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his prison trust account statement.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 28, 2020**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE