UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLENA FLEMING,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR-CCWF, et al.,<br><br>    Defendants. | No. 1:20-cv-00710-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND <u>RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER</u><br><br>(Doc. No. 9) |

    Plaintiff Starlena Fleming is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 23, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order. (Doc. No. 9.) Specifically, plaintiff had filed an incomplete application to proceed *in forma pauperis* (Doc. No. 2) and, accordingly, the court issued an order on May 29, 2020 requiring plaintiff to submit a new completed application to proceed *in forma pauperis*, or pay the filing fee for this action, within thirty days (Doc. No. 7). Those thirty days expired, and plaintiff failed to comply with the court's May 29, 2020 order. (Doc. No. 9.) Therefore, the magistrate judge issued findings and recommendations recommending that plaintiff's action be dismissed. (*Id.*) Those

1

pending findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 23, 2020 (Doc. No. 9) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 28, 2020**                    *Dale A. Drozd*
                                                   UNITED STATES DISTRICT JUDGE